IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF MISSISSIPPI
EASTERN DIVISION

BRENDA MCMULLAN                                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO. 4:09-cv-143-TSL-LRA

UNUM GROUP A/K/A UNUM GROUP CORPORATION
A/K/A UNUMPROVIDENT CORPORATION                                       DEFENDANT

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing, and the Court being advised that the same has been compromised and settled to the satisfaction of all parties and that there remain no issues to be litigated by or between the parties nor adjudicated or determined by the Court, it is

ORDERED AND ADJUDGED that this cause be, and the same hereby is, dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 25th day of February, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED:

_s/J. Douglas Smith_
Attorney for Plaintiff

_s/Ford Bailey_
Attorney for Defendant

.